Case 2:07-cr-00130-RCJ-PAL   Document 55   Filed 08/16/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>vs.<br><br>TERRANCE McNICHOLS,<br><br>    Petitioner/Defendant. | Case No.: 2:07-CR-00130-RCJ-PAL<br><br><br>**ORDER** |

Presently before the Court is Defendant's Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 (Hearing Requested) (ECF #54). Accordingly,

IT IS HEREBY ORDERED that the Government shall file a response on or before Monday, August 29, 2016.

IT IS FURTHER ORDERED that Defendant shall file a reply on or before Friday, September 9, 2016.

IT IS FURTHER ORDERED that Oral Argument is set for 10:30 AM, Monday, September 19, 2016, Reno Courtroom 6 before Judge Robert C. Jones.

IT IS SO ORDERED this 15th day of August, 2016.

ROBERT C. JONES
District Judge