*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRENCE McNICHOLS,<br><br>Defendant. | CASE NO.: 2:07-cr-00130-RCJ-PAL |

**ORDER CONTINUING HEARING ON DEFENDANTS REVOCATION OF SUPERVISED RELEASE**

Based upon the Stipulation of the parties herein, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Terrence McNichols's hearing on the Petition seeking revocation of his Supervised Release set for June 10, 2019 at the hour of 9:00 A.M. be vacated, and the same hearing be continued to the 17th day of September, 2019 at 9:30 a.m. in LV courtroom 4B.

Dated this 21 day of May, 2019.

_____
United States District Court Judge