NICHOLAS A. TRUTANICH
United States Attorney
Stephanie Ihler, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Stephanie.Ihler@usdoj.gov
*Attorneys for the Plaintiff*

TELIA MARY U. WILLIAMS
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr, Ste 150
Las Vegas, NV 89145
(702) 835-6866
telia@telialaw.com
*Attorney for Terrance McNichols*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       v.<br><br>TERRANCE MCNICHOLS,<br><br>                 Defendant. | Case No.: 2:07-cr-00130-RCJ-VCF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Telia Mary U. Williams, counsel for Terrance McNichols, that the hearing regarding revocation of supervised release, currently scheduled for December 15, 2020 at 2:30 pm, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.  **The parties are amenable to a date and time of February 16, 2021 at 2:30pm for the hearing.**

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant is looking to have out-of-state witnesses for the defendant's probation revocation hearing, who will need additional time to travel to Las Vegas, Nevada, for the hearing, making the December 15, 2020 date less feasible than before, due to precautions being re-instituted for Covid-19, which may affect the witnesses' ability to return home after being in Las Vegas;

2. In addition, Counsel for the defendant has retained a mental health expert who requires additional time to evaluate the defendant, both in terms of a defense, and in the defendant's ability to assist counsel;

3. The defendant is in custody, but does not object to the continuance.

4. The Government does not object to the continuance.

5. The United States Probation Officer assigned to this matter, Matthew Martinez, does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but to allow defendant sufficient time within which to prepare for the hearing.

7. Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the hearing herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

8. The parties are amenable to a date and time of February 16, 2021 at 2:30pm for the rescheduled hearing.

/ / /
/ / /
/ / /
/ / /

1      This is the second stipulation to continue filed herein.

2      DATED this 7th day of December, 2020.

3

4 LAW OFFICE OF TELIA U. WILLIAMS      NICHOLAS TRUTANICH
     United States Attorney

5

6    /s/ Telia Mary U. Williams                    /s/ Stephanie Ihler
By_____     By_____

7 TELIA MARY U. WILLIAMS                STEPHANIE IHLER
Counsel for Terrance McNichols         Assistant United States Attorney

8

9

10                                                By /s/ Matthew Martinez
                                              MATTHEW MARTINEZ
                                              United States Probation Officer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TERRANCE MCNICHOLS,<br><br>  Defendant. | Case No. 2:07-cr-00130-RCJ-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant is looking to have out-of-state witnesses for the defendant's probation revocation hearing, who will need additional time to travel to Las Vegas, Nevada, for the hearing, making the December 15, 2020 date less feasible than before, due to precautions being re-instituted for Covid-19, which may affect the witnesses' ability to return home after being in Las Vegas;

2. In addition, Counsel for the defendant has retained a mental health expert who requires additional time to evaluate the defendant, both in terms of a defense, and in the defendant's ability to assist counsel;

3. The defendant is in custody, but does not object to the continuance.

4. The parties agree to the continuance, as does the United States Probation Officer assigned to this matter;

5. The additional time requested herein is not sought for purposes of delay, but to allow the defendant sufficient time within which to prepare for the hearing.

4

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the hearing herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

7. The parties are amenable to a date and time of February 16, 2021 at 2:30pm for the rescheduled hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the hearing regarding revocation of supervised release currently scheduled for December 15, 2020, at the hour of 2:30pm, be vacated and continued to __ Tuesday, February 16, 2021 at 2:30 p.m. Las Vegas Courtroom TBD.


DATED this 8th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE