# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:07-cr-00130-RCJ-VCF |
| TERRANCE MCNICHOLS, | ) | **ORDER** |
| Defendant. | ) | |

Defendant filed an objection to the magistrate judge's order that he be detained pending a hearing on revocation of supervised release. (ECF No. 141.) He also seeks to seal that motion and exhibit. (ECF No. 142.) The hearing has since been held, and the Court has ordered that Defendant's supervised release be revoked and issued its sentence. (ECF No. 160.) As such, Defendant's pending motions are moot.

## CONCLUSION

IT IS HEREBY ORDERED that Defendant's Sealed Objection of Magistrate Judge's Order (ECF No. 141) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendant's Motion to Seal (ECF No. 142) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated November 8, 2021.

_____
*ROBERT C. JONES
United States District Judge